UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE,

                              Plaintiff,

                -against-

ZOA ENERGY, LLC,

                              Defendant.

23-cv-4680 (AS)

NOTICE OF REASSIGNMENT

ARUN SUBRAMANIAN, United States District Judge:

        This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

        Additionally, by August 23, 2023, at 5:00 p.m., Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) Plaintiff's efforts to serve Defendant. The letter shall not exceed two (2) pages.

        SO ORDERED.

Dated: August 10, 2023
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge