UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE,<br><br>      Plaintiff,<br><br>  -against-<br><br>ZOA ENERGY, INC.,<br><br>      Defendant. | 23-cv-4680 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The conference set for September 7, 2023, at 9:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 911-162-306, followed by the pound (#) sign.

  SO ORDERED.

Dated: August 11, 2023
    New York, New York

                     _____
                        ARUN SUBRAMANIAN
                      United States District Judge