# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

October 17, 2023

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   **Linda Slade, et al. v. ZOA Energy, LLC**
      **Case No. 23-cv-4680-AS**
      **Request for Extension of Time to Dismiss Action**

Dear Judge Subramanian:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced action.  On September 18, 2023, Your Honor issued an Order dismissing the above-reference case "without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

The parties have agreed to a settlement in principle but have yet to execute the settlement documents. There are no issues in dispute and the parties request an additional thirty (30) days to file a Stipulation of Dismissal and to fulfill the terms of the agreement. This request is made on consent of all parties.

Thank you for your consideration.

Respectfully Submitted,

*/s/Dan Shaked*_____
Dan Shaked, Esq.

cc: Counsel for Defendant

The request is DENIED. This case is closed, and the Court gave the parties clear instructions concerning finalizing the settlement. Dkt. 16 ("To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted."). No reason is given as to why the parties have been unable with diligence to finalize their settlement. The parties may seek to reopen this case and continue litigation by tomorrow, October 18, 2023. Otherwise, they need to burn the midnight oil and finalize their settlement.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 17, 2023